**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: APARTMENT RENTAL SOFTWARE ANTITRUST LITIGATION | MDL No. |

**DEFENDANTS' MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants[1] respectfully move this Panel, pursuant to 28 U.S.C. § 1407, to consolidate 22 actions ("Actions") and transfer and centralize them to the Northern District of Texas. In support of their Motion, Defendants submit a Memorandum of Law in Support of their Motion and a Schedule of Actions listing the 22 Actions.

WHEREFORE, Defendants respectfully request that this Panel enter an Order granting Defendants' Motion for Transfer and Centralization of Actions to the Northern District of Texas Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings.

---

[1] Defendants include the following entities: Allied Orion Group; AvalonBay Communities, Inc.; Avenue5 Residential, LLC; BH Management Services, LLC; Bozzuto Management Company; CA Ventures Global Services, LLC; Camden Property Trust; Campus Advantage, Inc.; Cardinal Group Holdings LLC; ConAm Management Corporation; Cortland Partners LLC; Cushman & Wakefield, Inc.; Pinnacle Property Management Services; D.P. Preiss Company, Inc.; Equity Residential; Essex Property Trust, Inc.; Essex Management Corporation; FPI Management, Inc.; Greystar Real Estate Partners, LLC; Highmark Residential, LLC; Lincoln Property Co.; Mid-America Apartment Communities, Inc.; Mission Rock Residential, LLC; Morgan Group, Inc.; Prometheus Real Estate Group; RealPage, Inc.; RPM Living, LLC; Security Properties Inc.; Sherman Associates, Inc.; The Michaels Organization, LLC; Interstate Realty Management Company; Thrive Communities Management, LLC; UDR, Inc.; Windsor Property Management; and ZRS Management, LLC (collectively, "Defendants"). Each signatory joins this filing as to the individual action or actions in which they are named.

1

| | |
|---|---|
| Dated:  January 4, 2023 | Respectfully submitted, |
| /s/ *Jay Srinivasan* | /s/ *Michael M. Maddigan* |
| Jay Srinivasan | Michael M. Maddigan |
| jsrinivasan@gibsondunn.com | michael.maddigan@hoganlovells.com |
| Daniel G. Swanson | Vassi K. Iliadis |
| dswanson@gibsondunn.com | vassi.iliadis@hoganlovells.com |
| GIBSON, DUNN & CRUTCHER LLP | HOGAN LOVELLS US LLP |
| 333 South Grand Avenue | 1999 Avenue of the Stars, Suite 1400 |
| Los Angeles, CA 90071 | Los Angeles, CA 90067 |
| Telephone: (213) 229-7430 | Telephone: (310) 785-4727 |
| Stephen Weissman | William L. Monts, III |
| sweissman@gibsondunn.com | william.monts@hoganlovells.com |
| Michael J. Perry | Benjamin F. Holt |
| mjperry@gibsondunn.com | benjamin.holt@hoganlovells.com |
| GIBSON, DUNN & CRUTCHER LLP | HOGAN LOVELLS US LLP |
| 1050 Connecticut Avenue, NW | 555 Thirteenth Street, NW |
| Washington, DC 20036 | Washington, DC 20004 |
| Telephone: (202) 955-8678 | Telephone: (202) 637-6440 |
| Ben A. Sherwood | *Counsel for Defendant Greystar Real Estate Partners, LLC* |
| bsherwood@gibsondunn.com | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | |
| New York, NY 10166 | /s/ *Belinda S Lee* |
| Telephone: (212) 351-2671 | Belinda S Lee |
| | belinda.lee@lw.com |
| *Counsel for Defendant RealPage, Inc.* | LATHAM & WATKINS LLP |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 395-8851 |
| | E. Marcellus Williamson |
| | marc.williamson@lw.com |
| | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington DC, 20004 |
| | Telephone: (202) 637-2200 |
| | *Counsel for Defendant AvalonBay Communities, Inc.* |

/s/ *James Kress*
James Kress
james.kress@bakerbotts.com
Paul Cuomo
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-4055

*Counsel for Defendant Avenue5 Residential, LLC*


/s/ *Michael W. Scarborough*
Michael W. Scarborough
mscarborough@sheppardmullin.com
Dylan I. Ballard
dballard@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-2963

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTOR LLP
1900 N Street, NW
Washington, DC 20036
(202) 346 4440

*Counsel for Defendants Essex Property Trust, Inc. and Essex Management Corporation*


/s/ *Gregory J. Casas*
Gregory J. Casas
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701
Telephone: (512) 320-7200

Robert J. Herrington
herringtonr@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso
carusob@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (609) 442-1196

*Counsel for Defendant Lincoln Property Co.*


/s/ *J. Dino Vasquez*
J. Dino Vasquez
dvasquez@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104-7055
Telephone: 206-224-8023

*Counsel for Defendant Security Properties Inc.*


/s/ *Britt M. Miller*
Britt M. Miller
bmiller@mayerbrown.com
Daniel T. Fenske
dfenske@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

/s/ *Charles H. Samel*
Charles H. Samel
charles.samel@stoel.com
Edward C. Duckers
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*


/s/ *Timothy R. Beyer*
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481

Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.
Washington, DC 20004
Telephone: (303) 866-0363

*Counsel for Defendant Cardinal Group Holdings LLC*

/s/ *Jeremy J. Calsyn*
Jeremy J. Calsyn
jcalsyn@cgsh.com
Leah Brannon
lbrannon@cgsh.com
Kenneth Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC*


/s/ *Ian Simmons*
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 29996
Telephone: (202) 383-5106

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-8382

*Counsel for Defendant BH Management Services, LLC*

/s/ *Judith A. Zahid*
Judith A. Zahid
jzahid@zellelaw.com
Heather T. Rankie
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

/s/ *Benjamin R. Nagin*
Benjamin Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

/s/ *Marisa Secco Giles*
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, TX 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, TX 77002
Telephone: (713) 758-2522

*Counsel for Defendant Campus Advantage, Inc.*

/s/ *Amy B. Manning*
Amy B. Manning
amanning@mcguirewoods.com
Angelo M. Russo
arusso@mcguirewoods.com
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 750-8904

*Counsel for Defendant D.P. Preiss Company, Inc.*

/s/ *Lynn H. Murray*
Lynn H. Murray
lhmurray@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ *David T. Moran*
David T. Moran
dmoran@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6051

Joseph A. Fischer, III
tfischer@jw.com
Joel R. Glover
jglover@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4226

*Counsel for Defendant Morgan Group, Inc.*


/s/ *Ferdose Al-Taie*
Ferdose Al-Taie
ferdose.al-taie@akerman.com
Ryan Krone
ryan.krone@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4308

*Counsel for Defendant ZRS Management, LLC*


/s/ *David A. Walton*
David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
Telephone: (214) 740-1445

*Counsel for Defendant RPM Living, LLC*

/s/ *Craig Seebald*
Craig P. Seebald
cseebald@velaw.com
Stephen M. Medlock
smedlock@velaw.com
Molly E. McDonald
mmcdonald@velaw.com
Alex Rant
arant@velaw.com
Rami Abdallah E. Rashmawi
rrashmawi@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James
cjames@velaw.com
Madison Lo
mlo@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*


/s/ *Carl W. Hittinger*
Carl W. Hittinger
chittinger@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 564-2898

*Counsel for Defendant Equity Residential*

/s/ *Michael D. Bonanno*
Michael D. Bonanno
mikebonanno@quinnemanuel.com
Christopher Kercher
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

*Counsel for Defendant Highmark Residential, LLC*

/s/ *Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090

*Counsel for Defendant Thrive Communities Management, LLC*

/s/ *James D. Bragdon*
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles St., Ste. 400
Baltimore, MD 21201
Telephone: (410) 347-1369

*Counsel for Bozzuto Management Company*

/s/ *David D. Cross*
David D. Cross
dcross@mofo.com
Jeffrey A. Jaeckel
jjaeckel@mofo.com
Robert W. Manoso
rmanoso@mofo.com
Sonja Swanbeck
sswanbeck@mofo.com
MORRISON & FOERSTER LLP
2100 L St, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500

*Counsel for Defendant UDR, Inc.*

/s/ *Todd R. Seelman*
Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

Rachel Tallon Reynolds
rachel.reynolds@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Telephone: (206) 436-2020

*Counsel for Defendants Cortland Partners, LLC and Mission Rock Residential, LLC*

/s/ *Edwin Buffmire*
Edwin Buffmire
ebuffmire@jw.com
Michael W. Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5939

Kevin Fulton
kevin@fultonlg.com
FULTON LAW GROUP, PLLC
7676 Hillmont Street, Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

*Counsel for Defendant Allied Orion Group, LLC*

/s/ *Fred B. Burnside*
Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150

Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 655-9642

*Counsel for Defendants The Michaels Organization, LLC and Interstate Realty Management Company*

/s/ *Elizabeth A.N. Haas*
Elizabeth A. N. Haas
ehaas@foley.com
Ian Hampton
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

Diane R. Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2034

*Counsel for Defendant Sherman Associates, Inc.*

/s/ *Michael F. Murray*
Michael F. Murray
michaelmurray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1730

Noah Pinegar
noahpinegar@paulhastings.com
PAUL HASTINGS LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 318-6057

*Counsel for Defendant CA Ventures Global Services, LLC*