## BEFORE THE UNITED STATES JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: APARTMENT RENTAL SOFTWARE ANTITRUST LITIGATION | MDL No. |

## SCHEDULE OF ACTIONS

| | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:** Jeffrey Weaver, on Behalf of All Others Similarly Situated, and Jeffrey Weaver, Individually **Defendants:** RealPage, Inc.; Allied Orion Group LLC; AvalonBay Communities, Inc.; Avenue5 Residential, LLC; Bell Partners, Inc.; BH Management Services, LLC; Camden Property Trust; Cortland Partners LLC; Cushman & Wakefield, Inc.; Equity Residential; FPI Management, Inc.; Greystar Real Estate Partners, LLC; Independence Realty Trust, Inc.; Lincoln Property Co.; Lyon Management Group, Inc.; MidAmerica Apartment Communities, Inc.; Security Properties Inc.; Sherman Associates, Inc.; UDR, Inc. | D. Colorado | 1:22-cv-03224 | Kristen L. Mix |
| 2 | **Plaintiffs:** Tiffany Mackie, on Behalf of All Others Similarly Situated, and Tiffany Mackie, Individually **Defendants:** RealPage, Inc.; Allied Orion Group LLC; AvalonBay Communities, Inc.; Avenue5 Residential, LLC; Bell Partners, Inc.; BH Management Services, LLC; Camden Property Trust; Cortland Partners LLC; Cushman & | D. Colorado | 1:23-cv-00011 | Unassigned |

| | | | | |
|---|---|---|---|---|
| | Wakefield, Inc.; Equity Residential; FPI Management, Inc.; Greystar Real Estate Partners, LLC; Independence Realty Trust, Inc.; Lincoln Property Co.; MidAmerica Apartment Communities, Inc.; Security Properties Inc.; Sherman Associates, Inc.; UDR, Inc. | | | |
| 3 | **Plaintiffs:**<br>Kate Kramer, on Behalf of All Others Similarly Situated, and Kate Kramer, Individually<br>**Defendants:**<br>RealPage, Inc.; Allied Orion Group, LLC; AvalonBay Communities, Inc.; Avenue5 Residential, LLC; Bell Partners, Inc.; Bozzuto Management Company; Camden Property Trust; Cushman & Wakefield, Inc.; Equity Residential; Greystar Real Estate Partners, LLC; Highmark Residential, LLC; UDR, Inc. | D. District of Columbia | 1:22-cv-03835 | Unassigned |
| 4 | **Plaintiffs:**<br>Billie Jo White, on Behalf of All Others Similarly Situated, and Billie Jo White, Individually<br>**Defendants:**<br>RealPage, Inc.; Greystar Real Estate Partners, LLC; Cushman & Wakefield, Inc.; Lincoln Property Company; Peabody Properties, Inc.; New England Realty Associates Limited Partnership; WinnCompanies LLC; WinnResidential Manager Corp.; UDR, Inc.; SHP Management Corp.; The Related Companies, Inc.; Simpson Property Group, LLLP | D. Massachusetts (Boston Div.) | 1:22-cv-12134 | Donald L. Cabell |
| 5 | **Plaintiffs:**<br>David Precht, on Behalf of All Others Similarly Situated, and David Precht, Individually<br>**Defendants:**<br>RealPage, Inc.; Greystar Real Estate Partners, LLC; Cushman & Wakefield, | D. Massachusetts (Boston Div.) | 1:22-cv-12230 | Donald L. Cabell |

| | | | | |
|---|---|---|---|---|
| | Inc.; Lincoln Property Company; Peabody Properties, Inc.; WinnCompanies LLC; WinnResidential Manager Corp.; UDR, Inc.; SHP Management Corp.; The Related Companies, Inc.; Simpson Property Group, LLLP | | | |
| 6 | **Plaintiffs:** Mia IronEyes Augustson, on Behalf of All Others Similarly Situated, and Mia IronEyes Augustson, Individually **Defendants:** RealPage, Inc.; Greystar Worldwide, LLC; FPI Management; Northland Investment Corporation; RPM Living; Monarch Investment and Management Group; NALS Apartment Homes; Landmark Realty | D. New Mexico | 1:22-cv-00976 | Laura Fashing |
| 7 | **Plaintiffs:** Brandon Watters, on Behalf of All Others Similarly Situated, and Brandon Watters, Individually **Defendants:** RealPage, Inc.; BH Management Services, LLC; Cortland Partners, LLC; Cushman & Wakefield, Inc.; Greystar Real Estate Partners, LLC; Highmark Residential, LLC; Lincoln Property Co.; Mid-America Apartment Communities, Inc. | M.D. Tennessee (Nashville Div.) | 3:22-cv-01082 | Waverly D. Crenshaw, Jr. |
| 8 | **Plaintiffs:** Selena Vincin, on Behalf of All Others Similarly Situated, and Selena Vincin, Individually; Laura Boelens, on Behalf of All Others Similarly Situated, and Laura Boelens, Individually; Phillip Mackie, on Behalf of All Others Similarly Situated, and Phillip Mackie, Individually; Anna Rodriguez, on Behalf of All Others Similarly Situated, and Anna Rodriguez, Individually **Defendants:** | W.D. Texas (Austin Div.) | 1:22-cv-01329 | Lee Yeakel |

| | | | | |
|---|---|---|---|---|
| | RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Company; Mid-America Apartment Communities, Inc.; RPM Living, LLC; Cortland Partners, LLC; Cushman & Wakefield, Inc.; Knightvest Residential; Camden Property Trust; Avenue5 Residential, LLC; Dayrise Residential, LLC; Kairoi Management, LLC; Allied Orion Group, LLC; Conti Capital | | | |
| 9 | **Plaintiffs:** Kim Carter, on Behalf of All Others Similarly Situated, and Kim Carter, Individually **Defendants:** RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Company; Mid-America Apartment Communities, Inc.; RPM Living, LLC; Cortland Partners, LLC; Cushman & Wakefield, Inc.; Knightvest Residential; Camden Property Trust; Avenue5 Residential, LLC; Dayrise Residential, LLC; Kairoi Management, LLC; Allied Orion Group, LLC; Conti Capital | W.D. Texas (Austin Div.) | 1:22-cv-01332 | Lee Yeakel |
| 10 | **Plaintiffs:** Gabriel Navarro, on Behalf of All Others Similarly Situated, and Gabriel Navarro, Individually **Defendants:** RealPage, Inc.; Greystar Real Estate Partners, LLC; Cushman & Wakefield, Inc.; Pinnacle Property Management Services, LLC; BH Management Services, LLC; Campus Advantage, Inc.; Cardinal Group Holdings LLC; CA Ventures Global Services, LLC; D.P. Preiss Company, Inc.; The Michaels Organization, LLC; Interstate Realty Management Company | W.D. Washington (Seattle Div.) | 2:22-cv-01552 | Robert S. Lasnik |
| 11 | **Plaintiffs:** Matthew Alvarez, on Behalf of All Others Similarly Situated, and Matthew | W.D. Washington (Seattle Div.) | 2:22-cv-01617 | Robert S. Lasnik |

| | | | | |
|---|---|---|---|---|
| | Alvarez, Individually; Scott Halliwell, on Behalf of All Others Similarly Situated, and Scott Halliwell, Individually<br>**Defendants:**<br>RealPage, Inc; Greystar Real Estate Partners, LLC; Lincoln Property Company; FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential LLC; Equity Residential; Essex Property Trust, Inc.; Essex Management Corporation; AvalonBay Communities, Inc.; Camden Property Trust; Thrive Communities Management, LLC; Security Properties Inc. | | | |
| 12 | **Plaintiffs:**<br>Meghan Cherry, on Behalf of All Others Similarly Situated, and Meghan Cherry, Individually; Kimen Trochalakis, on Behalf of All Others Similarly Situated, and Kimen Trochalakis, Individually<br>**Defendants:**<br>RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; FPI Management, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Property Trust, Inc.; Thrive Communities Management, LLC; AvalonBay Communities Inc.; Security Properties Inc. | W.D. Washington (Seattle Div.) | 2:22-cv-01618 | Robert S. Lasnik |
| 13 | **Plaintiffs:**<br>Lauren Ashley Morgan, on Behalf of All Others Similarly Situated, and Lauren Ashley Morgan, Individually; Erik Barnes, on Behalf of All Others Similarly Situated, and Erik Barnes, Individually; Sherry Bason, on Behalf of All Others Similarly Situated, and Sherry Bason, Individually; Lois Winn, on Behalf of All Others Similarly Situated, and Lois Winn, Individually; Georges Emmanuel Njong Diboki, on Behalf of All Others Similarly Situated, | W.D. Washington (Seattle Div.) | 2:22-cv-01712 | Robert S. Lasnik |

| | | | | |
|---|---|---|---|---|
| | and Georges Emmanuel Njong Diboki, Individually; Julia Sims, on Behalf of All Others Similarly Situated, and Julia Sims, Individually; Sophia Woodland, on Behalf of All Others Similarly Situated, and Sophia Woodland, Individually<br>**Defendants:**<br>RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; Cushman & Wakefield, Inc.; FPI Management, Inc.; RPM Living, LLC; BH Management Services, LLC; Mid-America Apartment Communities, Inc.; Morgan Properties, LLC; Avenue5 Residential, LLC; Bozzuto Management Company; AvalonBay Communities, Inc.; Highmark Residential, LLC; Equity Residential; Essex Property Trust, Inc.; ZRS Management, LLC; Camden Property Trust; UDR, Inc.; ConAm Management Corporation; Cortland Partners, LLC; Thrive Communities Management, LLC; Security Properties Inc.; CWS Apartment Homes, LLC; Prometheus Real Estate Group, Inc.; Sares Regis Group Operating, Inc.; Mission Rock Residential, LLC; Morgan Group, Inc. | | | |
| 14 | **Plaintiffs:**<br>Lena Armas, on Behalf of All Others Similarly Situated, and Lena Armas, Individually; Andrea Blum, on Behalf of All Others Similarly Situated, and Andrea Blum, Individually<br>**Defendants:**<br>RealPage, Inc.; Greystar Real Estate Partners, LLC; CH Real Estate Services, LLC; Lincoln Property Co.; FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Management Corporation; AvalonBay Communities, Inc.; Camden Property Trust; Essex Property Trust, | W.D. Washington (Seattle Div.) | 2:22-cv-01726 | Robert S. Lasnik |

| | | | | |
|---|---|---|---|---|
| | Inc.; Thrive Communities Management, LLC; Security Properties Inc.; B/T Washington, LLC d/b/a Blanton Turner; Independence Realty Trust, Inc.; Cushman & Wakefield, Inc; BH Management Services, LLC; UDR, Inc. | | | |
| 15 | **Plaintiffs:** Justin Johnson, on Behalf of All Others Similarly Situated, and Justin Johnson, Individually **Defendants:** RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Property Trust, Inc.; Thrive Communities Management, LLC; Security Properties Inc. | W.D. Washington (Seattle Div.) | 2:22-cv-01734 | Robert S. Lasnik |
| 16 | **Plaintiffs:** Shaina Silverman, on Behalf of All Others Similarly Situated, and Shaina Silverman, Individually; Tyler Kimbrough, on Behalf of All Others Similarly Situated, and Tyler Kimbrough, Individually **Defendants:** RealPage, Inc.; Brookfield Residential Properties LLC; Cushman & Wakefield, Inc.; Equity Residential; Greystar Real Estate Partners, LLC; AvalonBay Communities, Inc.; TF Cornerstone, Inc.; Rose Associates, Inc. | W.D. Washington (Seattle Civ.) | 2:22-cv-01740 | Robert S. Lasnik |
| 17 | **Plaintiffs:** Christopher Bohn, on Behalf of All Others Similarly Situated, and Christopher Bohn, Individually; Cameron Pond, on Behalf of All Others Similarly Situated, and Cameron Pond, Individually; Destinee Sanders, on Behalf of All Others Similarly Situated, and Destinee Sanders, Individually **Defendants:** | W.D. Washington (Seattle Div.) | 2:22-cv-01743 | Robert S. Lasnik |

| | | | | |
|---|---|---|---|---|
| | RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential, LLC; Equity Residential; Camden Property Trust; Essex Property Trust, Inc.; Thrive Communities Management, LLC; Security Properties Inc.; B/T Washington, LLC d/b/a Blanton Turner; Independence Realty Trust, Inc. | | | |
| 18 | **Plaintiffs:**<br>John Pham, on Behalf of All Others Similarly Situated, and John Pham, Individually; Diana Lazarte, on Behalf of All Others Similarly Situated, and Diana Lazarte, Individually; Marco Cuevas, on Behalf of All Others Similarly Situated, and Marco Cuevas, Individually; Valdamitra Anderson, on Behalf of All Others Similarly Situated, and Valdamitra Anderson, Individually; Michael Poole, on Behalf of All Others Similarly Situated, and Michael Poole, Individually; Daniel Flowers, on Behalf of All Others Similarly Situated, and Daniel Flowers, Individually<br>**Defendants:**<br>RealPage, Inc.; Avenue5 Residential, LLC; BH Management Services, LLC; Cushman & Wakefield, Inc.; Equity Residential; FPI Management, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; Mid-America Apartment Communities, Inc.; Security Properties Inc.; Thrive Communities Management, LLC; UDR, Inc. | W.D. Washington (Seattle Div.) | 2:22-cv-01744 | Robert S. Lasnik |
| 19 | **Plaintiffs:**<br>Michelle K. Godfrey, on Behalf of All Others Similarly Situated, and Michelle K. Godfrey, Individually<br>**Defendants:**<br>RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; | W.D. Washington (Seattle Div.) | 2:22-cv-01759 | Robert S. Lasnik |

|   | | | | |
|---|---|---|---|---|
|   | FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Property Trust, Inc.; Thrive Communities Management, LLC; Security Properties Inc. | | | |
| 20 | **Plaintiffs:** Yelizaveta Zhovmiruk, on Behalf of All Others Similarly Situated, and Yelizaveta Zhovmiruk, Individually **Defendants:** RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Property Trust, Inc.; Thrive Communities Management, LLC; Security Properties Inc.; Highmark Residential, LLC; Cortland Partners, LLC; Windsor Property Management Company | W.D. Washington (Seattle Div.) | 2:22-cv-01779 | Robert S. Lasnik |
| 21 | **Plaintiffs:** Laura Boelens, on Behalf of All Others Similarly Situated, and Laura Boelens, Individually **Defendants:** RealPage, Inc., Greystar Real Estate Partners, LLC; Trammel Crow Company, LLC; Lincoln Property Company; FPI Management, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Property Trust, Inc.; Thrive Communities Management, LLC; AvalonBay Communities Inc.; Security Properties Inc. | W.D. Washington (Seattle Div.) | 2:22-cv-01802 | Robert S. Lasnik |
| 22 | **Plaintiffs:** MaryBeth Moore, on Behalf of All Others Similarly Situated, and MaryBeth Moore, Individually **Defendants:** The Irvine Company LLC; RealPage, Inc.; Greystar Real Estate Partners, | W.D. Washington (Seattle Div.) | 2:22-cv-01826 | Marsha J. Pechman |

| | LLC; Lincoln Property Co.; Cushman & Wakefield, Inc.; FPI Management, Inc.; RPM Living, LLC; BH Management Services, LLC; Mid-America Apartment Communities, Inc.; Morgan Properties, LLC; Avenue5 Residential, LLC; Bozzuto Management Company; AvalonBay Communities, Inc.; Highmark Residential, LLC; Equity Residential; Essex Property Trust, Inc.; ZRS Management, LLC; Camden Property Trust; UDR, Inc.; ConAm Management Corporation; Cortland Partners, LLC; Thrive Communities Management, LLC; Security Properties Inc.; CWS Apartment Homes, LLC; Prometheus Real Estate Group; Sares Regis Group Operating, Inc.; Mission Rock Residential, LLC; Morgan Group, Inc. | | | |
|---|---|---|---|---|