## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:  APARTMENT RENTAL SOFTWARE
ANTITRUST LITIGATION

MDL No.

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties in manners indicated and addressed as follows:

| Courtesy Copies via Federal Express | |
|---|---|
| United States District Court District of Colorado Clerk of the Court Alfred A. Arraj United States Courthouse, Room A105 901 19th Street Denver, CO 80294-3589 <br><br>*Case No. 1:22-cv-3224, 1:23-cv-00011* | United States District Court Western District of Washington Clerk of the Court 700 Stewart Street, Suite 2310 Seattle, WA 98101 <br><br>*Case Nos. 2:22-cv-01552, 2:22-cv-01617, 2:22-cv-01618, 2:22-cv-01712, 2:22-cv-01726, 2:22-cv-01734, 2:22-cv-01740, 2:22-cv-01743, 2:22-cv-01759; 2:22-cv-01779; 2:22-cv-01802, 2:22-cv-01826* |

| | |
|---|---|
| United States District Court<br>District of Columbia<br>Clerk of the Court<br>333 Constitution Avenue N.W.<br>Room 1225<br>Washington D.C. 20001<br><br>*Case No. 1:22-cv-03835* | United States District Court<br>District of Massachusetts, Boston Division<br>Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210<br><br>*Case No. 1:22-cv-12134, 1:22-cv-12230* |
| United States District Court<br>District of New Mexico<br>Pete V. Domenici U.S. Courthouse<br>333 Lomas Blvd NW, Suite 270<br>Albuquerque, NM 87102<br><br>*Case No. 1:22-cv-00976* | United States District Court<br>Middle District of Tennessee, Nashville Division<br>Clerk of the Court<br>719 Church Street, Suite 1300<br>Nashville, TN 37203<br><br>*Case No. 3:22-cv-01082* |
| United States District Court<br>Western District of Texas, Austin Division<br>Clerk of the Court<br>501 West Fifth Street, Suite 1100<br>Austin, Texas 78701<br><br>*Case No. 1:22-cv-1329, 1:22-cv-01332* | United States District Court<br>Northern District of Texas<br>Clerk of the Court<br>United States District Court<br>1100 Commerce Street, Room 1452<br>Dallas, TX 75242 |
| Judicial Panel on Multidistrict Litigation<br>Clerk of the Panel<br>Thurgood Marshall Federal Judiciary<br>Building,<br>One Columbus Circle, NE<br>Room G-255, North Lobby<br>Washington, DC 20544 | |
| **Via Federal Express** | |
| B/T Washington, LLC d/b/a Blanton<br>Turner<br>c/o Sean T. Durbin<br>801 Second Avenue, Suite 1000<br>Seattle, WA 98104-0000<br><br>*Defendant*<br>*Case No. 2:22-cv-01726, 2:22-cv-01743 (W.D. Wash.)* | The Irvine Company LLC<br>550 Newport Center Drive<br>Newport Beach, CA 92660<br><br>*Defendant*<br>*Case Nos. 2:22-cv-01712, 2:22-cv-01734, 2:22-cv-01759, 2:22-cv-01779, 2:22-cv-01826 (W.D. Wash.)* |

| | |
|---|---|
| CWS Apartment Homes, LLC<br>c/o Lauretta Anderson<br>234 West 22nd Avenue<br>Spokane, WA 99203-1954<br><br>*Defendant*<br>*Case Nos. 2:22-cv-01712, 2:22-cv-01826*<br>*(W.D. Wash.)* | Morgan Group, Inc.<br>3000 Richmond Avenue<br>Houston, TX 77098<br><br>*Defendant*<br>*Case No. 2:22-cv-01712, 2:22-cv-01826 (W.D.*<br>*Wash.)* |
| Sares Regis Group Operating, Inc,<br>3501 Jamboree Road, Suite 3000<br>Newport Beach, CA 92660<br><br>*Defendant*<br>*Case No. 2:22-cv-01712, 2:22-cv-01826*<br>*(W.D. Wash.)* | CH Real Estate Services, LLC<br>c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>*Defendant*<br>*Case No. 2:22-cv-01726 (W.D. Wash.)* |
| Independence Realty Trust, Inc.<br>c/o CSC - Lawyers Incorporating<br>Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202<br><br>*Defendant*<br>*Case Nos. 1:22-cv-03224, 1:23-cv-00011*<br>*(D. Colo.); Nos. 2:22-cv-01726, 2:22-cv-*<br>*01743 (W.D. Wash.)* | Brookfield Residential Properties<br>c/o Corporation Service Company<br>251 Little Falls Dr.<br>Wilmington, DE 19808<br><br>*Defendant*<br>*Case No. 2:22-cv-01740 (W.D. Wash.)* |
| Northland Investment Corporation<br>2150 Washington Street<br>Newton, MA 02462<br><br>*Defendant*<br>*Case No. 1:22-cv-00976 (D.N.M.)* | Monarch Investment Management Group<br>c/o C T Corporation System<br>7700 E Arapahoe Rd Ste 220<br>Centennial, CO 80112-1268<br><br>*Defendant*<br>*Case No. 1:22-cv-00976 (D.N.M.)* |
| NALS Apartment Homes<br>c/o PARACORP INCORPORATED<br>2804 Gateway Oaks Dr #100<br>Sacramento, CA 95833<br><br>*Defendant*<br>*Case No. 1:22-cv-00976 (D.N.M.)* | Landmark Realty<br>550 15th St M-17<br>San Francisco, CA 94103<br><br>*Defendant*<br>*Case No. 1:22-cv-00976 (D.N.M.)* |

| | |
|---|---|
| Trammell Crow Company, LLC<br>c/o CORPORATION SERVICE<br>COMPANY<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant*<br>*Case Nos. 2:22-cv-01618, 2:22-cv-01802*<br>*(W.D. Wash.)* | Mia IronEyes Augustson<br>3100 Jane Place, Apt. O105<br>Albuquerque, NM 87111<br>(505) 200-2812<br>mia@abmfq.com<br><br>*Pro Se Plaintiff*<br>*Case No. 1:22-cv-00976 (D.N.M)* |
| Knightvest Residential<br>c/o Corporation Service Company dba<br>CSC - Lawyers Incorporating Service<br>Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701-3218<br><br>*Defendant*<br>*Case Nos. 1:22-cv-01332 (W.D. Tex.),*<br>*1:22-cv-01329 (W.D. Tex.)* | Dayrise Residential, LLC<br>c/o REGISTERED AGENT SOLUTIONS, INC<br>1700 West Loop South, Suite 350<br>Houston, TX 77027<br><br>*Defendant*<br>*Case Nos. 1:22-cv-01332 (W.D. Tex.), 1:22-cv-01329 (W.D. Tex.)* |
| Kairoi Management, LLC<br>c/o C T Corporation System<br>1999 Bryan St. Suite 900<br>Dallas, TX, 75201-3136<br><br>*Defendant*<br>*Case Nos. 1:22-cv-01332 (W.D. Tex.),*<br>*1:22-cv-01329 (W.D. Tex.)* | Conti Captial<br>13455 Noel Rd Suite 1050<br>Dallas, TX 75240<br><br>*Defendant*<br>*Case Nos. 1:22-cv-01332 (W.D. Tex.), 1:22-cv-01329 (W.D. Tex.)* |
| Bell Partners, Inc.<br>c/o C T CORPORATION SYSTEM<br>1015 15th St NW, Suite 1000<br>Washington, D.C., 20005<br><br>*Defendant*<br>*Case No. 1:22-cv-03835 (D.D.C.); Nos.*<br>*1:22-cv-03224, 1:23-cv-00011 (D. Colo.)* | Peabody Properties, Inc.<br>536 Granite Street<br>Braintree, MA, 02184<br><br>*Defendant*<br>*Case Nos. 1:22-cv-12134, 1:22-cv-12230 (D. Mass)* |
| WinnCompanies LLC<br>One Washington Mall, Suite 500<br>Boston, MA 02108<br><br>*Defendant*<br>*Case Nos. 1:22-cv-12134, 1:22-cv-12230*<br>*(D. Mass)* | The Related Companies, Inc.<br>c/o CORPORATION SERVICE COMPANY<br>84 State Street<br>Boston, MA 02109<br><br>*Defendant*<br>*Case Nos. 1:22-cv-12134, 1:22-cv-12230 (D. Mass)* |

| | |
|---|---|
| SHP Management Corp.<br>c/o COGENCY GLOBAL INC<br>45 School Street, Ste 202<br>Boston, MA 02108<br><br>*Defendant*<br>*Case Nos. 1:22-cv-12134, 1:22-cv-12230*<br>*(D. Mass)* | WinnResidential Manager Corp.<br>One Washington Mall, Suite 500<br>Boston, MA 02108<br><br>*Defendant*<br>*Case Nos. 1:22-cv-12134, 1:22-cv-12230 (D. Mass)* |
| Rose Associates, Inc.<br>777 Third Avenue FL 6<br>C/O ROSE ASSOC.<br>New York, NY 10017<br><br>*Defendant*<br>*Case No. 2:22-cv-01740 (W.D. Wash.)* | TF Cornerstone, Inc.<br>387 Park Avenue South, 7th Floor<br>New Yotk, NT 10016<br><br>*Defendant*<br>*Case No. 2:22-cv-01740 (W.D. Wash.)* |
| **Via Electronic Mail** | |
| Israel David<br>israel@israeldavidllc.com<br>Blake Hunter Yagman<br>blake.yagman@davidllc.com<br>ISRAEL DAVID LLC<br>17 State Street, Suite 4010<br>New York, NY 10004<br>212-739-0622<br><br>*Counsel for Plaintiffs*<br>*Shaina Silverman and Tyler Kimbrough*<br>*Case No. 2:22-cv-01740 (W.D. Wash.)* | Jeffrey Bank<br>jbank@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006<br>Telephone: (212) 497-7761<br><br>*Counsel for Defendant Morgan Properties, LLC*<br>*Case Nos. 2:22-cv-01712, 2:22-cv-01826 (W.D. Wash.)* |

Steve W. Berman
Breanna Van Engelen
steve@hbsslaw.com
breannav@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

*Counsel for Plaintiffs*
*Lena Armas & Andrea Blum*
*Case No. 2:22-cv-01726 (W.D. Wash.)*

*Counsel for Plaintiffs Christopher Bohn,*
*Cameron Pond and Destinee Sanders*
*Case No. 2:22-cv-01743 (W.D. Wash.)*

*Counsel for Plaintiffs*
*Meghan Cherry & Kimen Trochalakis*
*Case No. 2:22-cv-01618 (W.D. Wash.)*

*Counsel for Plaintiff Michelle K. Godfrey*
*Case No. 2:22-cv-01759 (W.D. Wash.)*

*Counsel for Plaintiff Justin Johnson*
*Case No. 2:22-cv-01734 (W.D. Wash.)*

*Counsel for Plaintiffs Lauren Ashley*
*Morgan et al.*
*Case No. 2:22-cv-01712 (W.D. Wash.)*

*Counsel for Plaintiff Gabriel Navarro*
*Case No. 2:22-cv-01552 (W.D. Wash.)*

*Counsel for Plaintiffs*
*Shaina Silverman and Tyler Kimbrough*
*Case No. 2:22-cv-01740 (W.D. Wash.)*

*Counsel for Plaintiff Yelizaveta Zhovmiruk*
*Case No. 2:22-cv-01779 (W.D. Wash.)*

Alexander G. Tievsky
Jay Edelson
Benjamin H. Richman
David Mindell
atievsky@edelson.com
jedelson@edelson.com
brichman@edelson.com
dmindell@edelson.com
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589.6370
Fax: (312) 589.6378

Rafey Balabanian
Todd Logan
Yaman Salahi
P. Solange Hilfinger-Pardo
rbalabanian@edelson.com
tlogan@edelson.com
ysalahi@edelson.com
shilfingerpardo@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212.9300
Fax: (415) 373.9435

*Counsel for Plaintiffs*
*Matthew Alvazrez & Scott Halliwell*
*Case No. 2:22-cv-01617 (W.D. Wash.)*

Joseph J. DePalma
jdepalma@litedepalma.com
Steven J. Greenfogel
sgreenfogel@litedepalma.com
LITE DEPALMA GREENBERG & AFANDOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000

*Counsel for Plaintiff Yelizaveta Zhovmiruk*
*Case No. 2:22-cv-01779 (W.D. Wash.)*

David R. Scott
david.scott@scott-scott.com
Amanda Lawrence
alawrence@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S. Main St., P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Thomas J. Undlin
tundlin@robinskaplan.com
Stacey Slaughter
sslaughter@robinskaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: (612) 349-8500

*Counsel for Plaintiff Laura Boelens*
*Case No. 2:22-cv-01802 (W.D. Wash.)*

*Counsel for Plaintiff Kim Carter*
*Case No. 1:22-cv-01332 (W.D. Tex.)*

*Counsel for Plaintiff Kate Kramer*
*Case No. 1:22-cv-03835 (D.D.C)*

*Counsel for Plaintiffs Selena Vincin*
*Case No. 1:22-cv-01329 (W.D. Tex.)*

*Counsel for Plaintiff Brandon Watters*
*Case No. 3:22-cv-01082 (M.D. Tenn.)*

*Counsel for Plaintiff Jeffrey Weaver*
*Case No. 1:22-cv-03224 (M.D. Tenn.)*

*Counsel for Plaintiff Billie Jo White*
*Case No. 1:22-cv-03224 (D. Mass)*

Brian M. Hogan
bhogan@dicellolevitt.com
DICELLO LEVITT, LLC
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900

Gregory S. Asciolla
gasciolla@dicellolevitt.com
Karin E. Garvey
kgarvey@dicellolevitt.com
Veronica M. Bosco
vbosco@dicellolevitt.com
Johnny M. Shaw
jshaw@dicellolevitt.com
DICELLO LEVITT, LLC
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000

*Counsel for Plaintiffs Christopher Bohn, Cameron*
*Pond and Destinee Sanders*
*Case No. 2:22-cv-01743 (W.D. Wash.)*

Rebecca A. Peterson
rapeterson@locklaw.com
Kate M. Baxter-Kauf
kmbaxter-kauf@locklaw.com
Heidi M. Silton
hmsilton@locklaw.com
Brian D. Clark
bdclark@locklaw.com
W. Joseph Bruckner
wjbruckner@locklaw.com
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: 612-339-6900

*Counsel for Plaintiff Justin Johnson*
*Case No. 2:22-cv-1734 (W.D. Wash.)*

Rio S. Pierce
Hannah K. Song
riop@hbsslaw.com
hannahso@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel.: (510) 725-3000

*Counsel for Plaintiff Gabriel Navarro*
*Case No. 2:22-cv-01552 (W.D. Wash.)*

*Counsel for Plaintiffs Meghan Cherry &*
*Kimen Trochalakis*
*Case No. 2:22-cv-01618 (W.D. Wash.)*

Rusty E. Glenn
rusty@shumanlawfirm.com
SHUMAN, GLENN & STECKER
600 17th Street, Ste. 2800 South
Denver, CO 80202
Tel.: (303) 861-3003

*Counsel for Plaintiff Jeffrey Weaver*
*Case No. 1:22-cv-03224 (M.D. Tenn.)*

*Counsel for Plaintiff Tiffany Mackie*
*Case No. 1:23-cv-00011 (D. Colo.)*

David M. Wilkerson
dwilkerson@vwlawfirm.com
THE VAN WINKLE LAW FIRM
11 N Market St.
Asheville, NC 28801
Tel.: (828) 844-7169

*Counsel for Plaintiff Michelle K. Godfrey*
*Case No. 2:22-cv-01759 (W.D. Wash.)*

Samuel J. Strauss
sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Ste. 201
Madison, WI 53703
Tel.: (608) 237-1775

*Counsel for Plaintiff Laura Boelens*
*Case No. 2:22-cv-01802 (W.D. Wash.)*

George Farah
gfarah@hfajustice.com
William Anderson
wanderson@hfajustice.com
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Ave, NW
Washington, DC 20001
(212) 477-8090

*Counsel for Plaintiff Yelizaveta Zhovmiruk*
*Case No. 2:22-cv-01779 (W.D. Wash.)*

| | |
|---|---|
| Gary I. Smith, Jr.<br>gsmith@hausfeld.com<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br><br>Swathi Bojedla<br>sbojedla@hausfeld.com<br>HAUSFELD LLP<br>888 16th Street, N.W., Suite 300<br>Washington, DC 20006<br>Tel: (202) 540-7200<br><br>Katie R. Beran<br>kberan@hausfeld.com<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>Tel: 1 215 985 3270<br><br>Eric L. Cramer<br>Michaela L. Wallin<br>ecramer@bm.net<br>mwallin@bm.net<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br><br>Daniel J. Walker<br>dwalker@bm.net<br>BERGER MONTAGUE PC<br>2001 Pennsylvania Avenue, NW, Suite 300 Washington, DC 20006<br>Tel: (202) 559-9745<br><br>*Counsel for Plaintiffs Lauren Ashley Morgan et al.*<br>*Case No. 2:22-cv-01712 (W.D. Wash.)* | Beth E. Terrell<br>bterrell@terrellmarshall.com<br>Blythe H. Chandler<br>bchandler@terrellmarshall.com<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 N. 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.: (206) 816-6603<br><br>David B. Rochelson<br>drochelson@garwingerstein.com<br>Deborah Elman<br>delman@garwingerstein.com<br>GARWIN GERSTEIN & FISHER LLP<br>88 Pine St., Floor 10<br>New York, NY 10005<br>Tel.: (212) 398-0055<br><br>*Counsel for Plaintiff Marybeth Moore*<br>*Case No. 2:22-cv-01826 (W.D. Wash.)*<br><br>Jennifer W. Sprengel<br>jsprengel@caffertyclobes.com<br>Daniel O. Herrera<br>dherrera@caffertyclobes.com<br>Alexander Sweatman<br>asweatman@caffertyclobes.com<br>CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP<br>135 S. LaSalle, Ste. 3210<br>Chicago, IL 60603<br>Tel.: (312) 782-4880<br><br>*Counsel for Plaintiff Tiffany Mackie*<br>*Case No. 1:23-cv-00011 (D. Colo.)* |

Janet M. Herold
Benjamin D. Elga
Lucy B. Bansal
jherold@justicecatalyst.org
belga@justicecatalyst.org
lbansal@justicecatalyst.org
JUSTICE CATALYST LAW
40 Rector Street, Floor 9
New York, NY 10006
Tel: (518) 732-6703

Brendan P. Glackin
Dean M. Harvey
bglackin@lchb.com
dharvey@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Tel.: (415)-956-1000

Dan Drachler
ddrachler@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Tel.: (206) 895-5005

Jason Scott Hartley
hartley@hartleyllp.com
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822

*Counsel for Plaintiffs Lauren Ashley
Morgan et al.*
*Case No. 2:22-cv-01712 (W.D. Wash.)*

Joel D. Smith
Brittany S. Scott
jsmith@bursor.com
bscott@bursor.com
1990 North California Blvd., Ste. 940
Walnut Creek, CA 94596
Tel.: (925) 300-4455
Fax: (925) 407-2700

*Counsel for Plaintiffs*
*Lena Armas & Andrea Blum*
*Case No. 2:22-cv-01726 (W.D. Wash.)*

Karin B. Swope
kswope@cpmlegal.com
Galen K. Cheney
gchaney@cpmlegal.com
COTCHETT, PITRE & MCCARTHY, LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
(206) 802-1272

Adam J. Zapala
azapala@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
James G. Dallal
jdallal@cpmlegal.com
Gayatri Raghunandan
graghunandan@cpmlegal.com
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000

*Counsel for Plaintiffs John Pham, et al.*
*Case No. 2:22-cv-01744 (W.D. Wash.)*

| | |
|---|---|
| Anthony A. Orlandi<br>aorlandi@bsjfirm.com<br>Tricia R. Herzfeld<br>triciah@bsjfirm.com<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel.: (615) 254-8801<br><br>*Counsel for Plaintiff David Precht*<br>*Case No. 1:22-cv-12230 (D. Mass.)*<br><br>*Counsel for Plaintiff Brandon Watters*<br>*Case No. 3:22-cv-01082 (M.D. Tenn.)*<br><br><br>Israel David<br>israel@israeldavidllc.com<br>Blake Hunter Yagman<br>blake.yagman@davidllc.com<br>ISRAEL DAVID LLC<br>17 State Street, Suite 4010<br>New York, NY 10004<br>212-739-0622<br><br>*Counsel for Plaintiffs*<br>*Shaina Silverman and Tyler Kimbrough*<br>*Case No. 2:22-cv-01740 (W.D. Wash.)* | Vincent Briganti<br>vbriganti@lowey.com<br>Christian P. Levis<br>clevis@lowey.com<br>LOWEY DANNENBERG, P.C.<br>44 S Broadway<br>White Plains, NY 10601<br>Tel.: (914) 997-0500<br><br>*Counsel for Plaintiff Laura Boelens*<br>*Case No. 2:22-cv-01802 (W.D. Wash.)*<br><br>*Counsel for Plaintiff Kim Carter*<br>*Case No. 1:22-cv-01332 (W.D. Tex.)*<br><br>*Counsel for Plaintiff Kate Kramer*<br>*Case No. 1:22-cv-03835 (D.D.C)*<br><br>*Counsel for Plaintiffs Selena Vincin*<br>*Case No. 1:22-cv-01329 (W.D. Tex.)*<br><br>*Counsel for Plaintiff Brandon Watters*<br>*Case No. 3:22-cv-01082 (M.D. Tenn.)*<br><br>*Counsel for Plaintiff Jeffrey Weaver*<br>*Case No. 1:22-cv-03224 (M.D. Tenn.)*<br><br>*Counsel for Plaintiff Billie Jo White*<br>*Case No. 1:22-cv-03224 (D. Mass)* |

Dated:  January 4, 2023

Respectfully submitted,

s/ *Maxwell Hamilton*
Maxwell Hamilton
maxwell.hamilton@hoganlovells.com
Senior Paralegal
HOGAN LOVELLS US LLP
9100 Shelbyville Road, Suite 300
Louisville, KY 40204
Telephone: (502) 915-0321