BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: APARTMENT RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | MDL No. 3071 |

**INTERESTED PARTY RESPONSE OF PLAINTFFS MATTEO MARCHETTI AND SHELLEY SCHMIDIG TO DEFENDANTS' MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiffs Matteo Marchetti and Shelley Schmidig respectfully submit their interested party response to Defendants' Motion for Transfer of Actions to the Northern District of Texas Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Proceedings.

## INTRODUCTION

Plaintiffs Matteo Marchetti[1] and Shelley Schmidig[2] agree that this Panel should consolidate proceedings in the related actions pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. However, Marchetti and Schmidig disagree with Defendants' choice of the Northern District of Texas for centralization, as well as requests by other Plaintiffs to centralize in the Western District of Washington—the location in the continental United States furthest from where Marchetti resides in the Southern District of Florida. Instead, Marchetti and Schmidig respectfully ask this Panel to centralize these actions in the Middle District of Tennessee.

---

[1] *Marchetti v. RealPage, Inc., et al.*, 1:23-cv-21038 (S.D. Fla.).
[2] *Schmidig v. RealPage, Inc., et al.*, 1:23-cv-00108 (E.D. Cal.).

**ARGUMENT**

The Middle District of Tennessee is a logical choice for centralization. The *Watters* case is already on file in the Middle District of Tennessee.[3] *Watters* is assigned to Chief District Judge Waverly D. Crenshaw, Jr. Chief Judge Crenshaw has the experience and capacity to handle this litigation. Chief Judge Crenshaw does not currently preside over any MDLs, and there are currently no MDLs venued in the Middle District of Tennessee before the District's three other Article III judges. The Northern District of Texas already has two pending and active MDLs (MDL-2099 before Judge Godbey and MDL-2244 before Judge Kinkeade). Furthermore, the Middle District of Tennessee is less congested than the Northern District of Texas. According to the most recent statistics available, the median time interval from filing to disposition for all civil cases conducted in the Middle District of Tennessee is 45 months less than in the Northern District of Texas. Judicial Business of the United States Courts, 2022 Annual Report of the Director, Table C-5 (copy attached as Exhibit A).

Additionally, the Middle District of Tennessee would be convenient for all parties and their counsel. Specifically, Marchetti (who resides in South Florida) and Schmidig (who resides in California) request a central and accessible location for all parties who are spread across the entire country. The Nashville International Airport is located within the Middle District of Tennessee and provides frequent nonstop service to many (if not

---

[3] *Watters v. RealPage, Inc. et al*, 22-cv-01082 (M.D. Tenn.) Like the other related matters, Defendants' deadline to answer in the *Watters* matter is stayed pending the Panel's ruling.

2

all) of the cities in which Plaintiffs, Defendants, and their counsel reside.[4] The Middle District of Tennessee's Nashville courthouse is located a mere 10 miles from the airport, providing a short 20-minute drive.

Moreover, the Middle District of Tennessee is conveniently located to relevant witnesses and evidence. Defendant Mid-America Apartment Communities, Inc. is headquartered in the Middle District of Tennessee. Other Defendants maintain regional offices in Tennessee, including Alliance Residential Co., Camden Property Trust, Greystar Real Estate Partners, LLC, Lincoln Property Co., Security Properties Inc., and WinnCompanies. Moreover, many of the Defendants are headquartered in the central and southern United States, making Nashville a relatively convenient location: RealPage, Inc., is headquartered in Dallas, Texas; Greystar is located in Charleston, South Carolina; Camden Property Trust is based in Houston, Texas; Cushman & Wakefield operates out of Chicago, Illinois; and Cortland Partners LLC is from Atlanta, Georgia.

If the Panel is not inclined to centralize this litigation in the Middle District of Tennessee, then Marchetti and Schmidig would support centralization in the District of Colorado, for the reasons identified by the Regional Class Plaintiffs and Defendants. *See* MDL 3071, Dkt. No. 156, 3-8; Dkt. No. 162, 15. Marchetti and Schmidig respectively agree with the Regional Class Plaintiffs (Dkt. No. 156, 8-10) and Defendants that the Western District of Washington is not an appropriate transferee Court. *See* MDL 3071 Dkt. No. 162, 5-15.

---

[4] https://flynashville.com/flights/nonstop-destinations.

## CONCLUSION

For the forgoing reasons, Marchetti and Schmidig request that the Judicial Panel on Multidistrict Litigation issue an order transferring the Actions, together with any other, similar actions subsequently filed, to Chief District Judge Waverly D. Crenshaw, Jr. in the Middle District of Tennessee.

DATE: March 23, 2023

*/s/ Benjamin J. Widlanski*
Benjamin J. Widlanski (Fla. Bar No. 1010644)
bwidlanski@kttlaw.com
Javier A. Lopez (Fla. Bar No. 16727)
jal@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

Archie C. Lamb, Jr., Esq.
Fla. Bar No. 742597
alamb@archielamb.com
**ARCHIE LAMB & ASSOCIATES**
P.O. Box 2088
Birmingham, Alabama 35201
205-612-6789 (C)

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Email: jsaveri@saverilawfirm.com
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

*Counsel for Plaintiffs Matteo Marchetti and Shelley Schmidig*