UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: REALPAGE, INC., RENTAL SOFTWARE
ANTITRUST LITIGATION (NO. II)

| | | |
|---|---|---|
| Conway, et al. v. RealPage, Inc., et al., | ) | |
| S.D. Texas, C.A. No. 4:25-04980 | ) | MDL No. 3071 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above-captioned action on October 20, 2025. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer. Subsequently, plaintiffs notified the Panel that they wish to withdraw the opposition to transfer of the action.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-8" filed on October 20, 2025, is LIFTED. This action is transferred to the Middle District of Tennessee for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Waverly D. Crenshaw, Jr.

FOR THE PANEL:

_____
James V. Ingold
Clerk of the Panel